THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DORSEY CONNELL, Defendant-Appellant.

(No. 71-188;

Second District—July 18, 1972.

*Rehearing denied September 7, 1972.*

Opinion by Mr. JUSTICE ABRAHAMSON.

Bellows, Bellows & Magidson, of Chicago, for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Malcolm F. Smith, Assistant State's Attorney, of counsel,) for the People.